IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED

MAY 18 2018

Clerk, U.S. District Court
By: _____ Deputy Clerk

Christopher Geoffrey Coulson

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No. __18-3128-SAC__
(to be filed by the clerks Office )

- against -

Michael Saunders
Jose Guerra
Jennifer Myers
Donald Ash
Kristen hillbrenner
Eric Greitens
Derek Schmidt
Jeff Colyer

REQUEST FOR TRIAL BY JURY

PLAINTIFF REQUEST TRIAL BY JURY ☐ yes ☑ NO

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Christopher G. Coulson

All other names by which you have been known:

NONE

NONE

ID Number          19825932

Current Institution     Lafayette County Jail

Address          107 South 11th Street

Lexington, Missouri 64067

### B.   The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name                Michael Saunders

Job or Title         Detective
(if known)

Shield Number       UNKNOWN

Employer            Bonner Springs, Kansas Police Dept.

Address             UNKNOWN

UNKNOWN

☐ Individual capacity          ☑ Official capacity

3

Defendant No. 2

Name — Jose Guerra

Job or Title
(if known) — Assistant District Attorney

Shield Number — UNKNOWN

Employer — Wyandotte County Kansas

Address — 710 N. 7th Street

Kansas City, KS 66101-3039

☐ Individual capacity  ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

① Wrongfully Incarcerated
② K.S.A 22-2723(C)
③ K.S.A 22-2710
④ K.S.A 22-2711

4

I. The Parties to this Complaint    Attachment:

B. The Defendants Continued

Defendant No. 3

Name                    Jennifer Myers
Job or Title            Judge
sheild number           Unknown
Employer                Wyandotte County Court
Address                 710 N. 7th Street
                        Kansas City, KS 66101

Defendant No. 4

Name                    Donald Ash
Job or Title            Sheriff
Sheild number           Unknown
Employer                Wyandotte County
Address                 710 N. 7th Street
                        Kansas City, KS 66101

I. The parties to this Complaint   Attachment:

B. The defendants Continued

Defendant No. 5

| | |
|---|---|
| NAME | Kristen Hillbrenner |
| Job or title | Prosecutor |
| sheild numbers | Unknown |
| Employer | Lafayette County Missouri |
| Address | 107 S. 11th St Lexington, MO 64067 |

Defendant No. 6

| | |
|---|---|
| Name | Eric Grietens |
| Job or title | Governor of missouri |
| sheild number | Unknown |
| Employer | State of Missouri |
| Address | Unknown |

Defendant No. 7

| | |
|---|---|
| Name | Derek Schmidt |
| Job or title | Kansas Attorney General |
| sheild number | Unknown |
| Employer | State of Kansas |
| Address | Memorial Hall 120 Sw 10th Ave 2nd floor Topeka Kansas 66612 |

Defendant No. 8

| | |
|---|---|
| Name | Jeff Colyer |
| Job or title | Governor of Kansas |
| sheild number | Unknown |
| Employer | State of Kansas |
| Address | Memorial Hall 120 SW 10th Ave 2nd floor Topeka Kansas 66612 |

IV.   Statement of Claim

Claim No. 1

• I was wrongfully incarcerated for 90 days, I lost everything that I owned, my JOB, my car.

• I suffered no medical injuries

• Bonner Springs Police department and Wyandotte County is who was involved with what had happened to me.

• Detective Michael Saunders wrote an application Affidavit for a warrent sworn on Oath (NOTICE IN ATTACHMENT) Specifically Paragraph 3 stating he seen/evaluated photos which had the license plate of a truck that I had rented. Which would have been enough evidence at preliminary hearing. Jose Guerra Stated they needed to enhance this photo and continued my case for a 2nd Preliminary hearing (90 days total).

• These Events took place at Wyandotte County Jail, Wyandotte County Court (see Attached Wyandotte County district Court ROA report)

• These Events Are as follows listed in Attached ROA report

IV. Statement of Claim

Claim No. 2

° I was denied my right to apply for a writ of habeas Corpus
which inturn lead to me being illegally transferred
across state lines to Lafayette County Jail.
my bond was revoked from 7500.⁰⁰ to 15,000 cash
only. I continue to be restrained and am losing
work. I am being charged 40.⁰⁰ a day in board
bills. The paperwork that was used to transfer
me was invalid.

° I suffered no medical injuries

° The people involved are Jennifer Myers, Donald Ash,
and Jose Guerra, Kristen hillbrenner, Eric Grietens,
Derek schmidt, Jeff Colyer

° Kristen hillbrenner Applied for the Governors Warrent on
Notice Dates 3-12-18  Somehow Eric Grietens signed a gov.
Warrent 2-27-18  Derek Schmidt Claims to carefully
examined all of it on 3-16-18  Jeff Colyer signed
a Gov. Warrent on 3-19-18  I was served 3-20-18
Jennifer Myers on 3-23-18 did not set a hearing
for my habeas Corpus  Jose Guerra failed to notify
lafayette and Don Ash on 3-27-18 illegally handed
me over to lafayette  All of this Occurred at Wyandotte
Canty Jail / Court.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

Write a short and plain statement of FACTS that support your claim.  Do not make legal arguments.  You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

SEE 2 Attached Claims

_____

_____

_____

_____

_____

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE NONE MEDICAL Injuries

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Claim 1 Actual Damages: $18,000.00 3 months work, $20,000.00 everything I owned where I was living, $4,500.00 my vehical. total $42,500.00 Claim 2 Actual damages $7,500.00 Bond Forfeiture totaling $750.00 loss of wages $30,000.00 to date Freedom 5 months of work contracts lost.   total lost for claim 2 $30,750.00

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Wyandotte County, Kansas Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☑ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☑ No
☐ Do not know

If yes, which claim(s)?

N/A

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

N/A

2.    What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

N/A

3.    What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

N/A

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Notified Sgt. "T" at Wyandotte County Jail as well as showed copies of Attached letter to Sheriff Don Ash as well as left multiple messages to Court Appointed Atty.

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

        N/A
_____
_____
_____
_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        Sgt. T, officer Bond  both on 3-27-18
I told sgt "T" that it is illegal to hand me over
he stated "I will take that charge" see attached
document in my paper work.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        Attaching all documents related to
my exhaustion of Administrative remedies

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes
☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Christopher G Coulson
Defendant(s)    State of Kansas County of Wyandotte

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Wyandotte, KANSAS

3.    Docket or index number

Case No. 18 CV 390

4.    Name of Judge assigned to your case

Wes Griffin

5.    Approximate date of filing lawsuit

May 8th 2018

6.    Is the case still pending?

☐ Yes
☑ No

If no, give the approximate date of disposition. May 8th 2018

10

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Order of dismissal  Judment not In my favor

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐  Yes
☑  No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A
Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐  Yes
☑  No *(If no, give the approximate date of disposition)*:

N/A

11

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-15 , 2018.

Signature of Plaintiff        *Christopher G Coulson*
Printed Name of Plaintiff     Christopher G Coulson
Prison Identification #        1982 5932
Prison Address                 107 South 11th Street
City State Zip Code            Lexington, Missouri 64067